## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer Marie Figueroa aka Jennifer M Figueroa, aka Jennifer Figueroa<br>　　　　　　Debtor(s) | BK NO. 18-03133 RNO<br><br>Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                         Respectfully submitted,

                         **/s/ James C. Warmbrodt, Esquire**
                         James C. Warmbrodt, Esquire
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA  19106
                         215-627-1322