Certificate Number: 16337-PAM-DE-031632558

Bankruptcy Case Number: 18-03133


16337-PAM-DE-031632558

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 18, 2018</u>, at <u>12:05</u> o'clock <u>PM EDT</u>, <u>Jennifer Figueroa</u> completed a course on personal financial management given <u>by internet</u> by <u>$ Education USA, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 18, 2018</u>        By:    /s/Nisrene Tarraf

                    Name:   Nisrene Tarraf

                    Title:  Educator